UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T IMOTHY J OHN Q UILLAN,

    Plaintiff,

v.

    Case No.: 1:13-cv-160

    HONORABLE PAUL L. MALONEY

H EIDI W ASHINGTON,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 57). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that defendant's motion for summary judgment (ECF No. 49) and plaintiff's lawsuit are **DISMISSED AS MOOT**.

**This action is terminated.**

Dated: August 24, 2017

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge