UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T<span/>IMOTHY J<span/>OHN Q<span/>UILLAN,

    Plaintiff,

v.

H<span/>EIDI W<span/>ASHINGTON,

    Defendant.
_____/

Case No.: 1:13-cv-160

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered.

Dated: August 24, 2017        /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge